# EXHIBIT C

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial Law Division
Civil Part pleadings (not motions) under Rule 4:5-1
Pleading will be rejected for filing, under Rule 1:5-6(c),
if information above the black bar is not completed or
if attorney's signature is not affixed.

**FOR USE BY CLERK'S OFFICE ONLY**
PAYMENT TYPE: ☑ CK ☐ CG ☐ CA
CHG/CK NO.
AMOUNT:
OVERPAYMENT:
BATCH NUMBER:

**1. ATTORNEY/PRO SE NAME**
Andrew R. Wolf, Esq.

**2. TELEPHONE NUMBER**
( 732 ) 257-0550

**3. COUNTY OF VENUE**
Middlesex County

**4. FIRM NAME (if applicable)**
Galex Wolf, LLC

**5. DOCKET NUMBER (When available)**
MID-L-11027-08

**6. OFFICE ADDRESS**
1520 U.S. Highway 130
Suite 101
North Brunswick, NJ 08902

**7. DOCUMENT TYPE**
Class Action Complaint

**8. JURY DEMAND**
☑ YES ☐ NO

**9. NAME OF PARTY (e.g., John Doe, Plaintiff)**
Shaila Shah and Norma Ortiz-Rodriguez, on behalf of themselves and the putative class, Plaintiffs

**10. CAPTION**
Shaila Shah and Norma Ortiz-Rodriguez, on behalf of themselves and the putative class vs. American Express Company; American Express Bank, FSB; and American Express Centurion Bank

**11. CASE TYPE NUMBER** (See reverse side for listing)
508

**12. IS THIS A PROFESSIONAL MALPRACTICE CASE?** ☐ YES ☑ NO
IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT.

**13. RELATED CASES PENDING?** ☐ YES ☑ NO

**14. IF YES, LIST DOCKET NUMBERS**

**15. DO YOU ANTICIPATE ADDING ANY PARTIES (arising out of same transaction or occurrence)?** ☑ YES ☐ NO

**16. NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN**
☐ NONE
☑ UNKNOWN

---

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**17. A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?** ☐ YES ☑ NO
IF YES, IS THAT RELATIONSHIP: ☐ EMPLOYER-EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain) ☐ FAMILIAL ☐ BUSINESS

**18. B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?** ☑ YES ☐ NO

**19. USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:**

This is a consumer class action related to Defendant American Express' practice of soliciting the application for credit cards or credit card services in the State of New Jersey from New Jersey resident consumers using mailed notices which contain provisions that violate New Jersey's Truth-in-Consumer Contract, Warranty and Notice Act (N.J.S.A. 56:12-14 et seq.) (TCCWNA). Plaintiffs seek damages on behalf of the class and to stop the practice.

**20. DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?** ☐ YES ☑ NO
IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION:

**21. WILL AN INTERPRETER BE NEEDED?** ☐ YES ☑ NO
IF YES, FOR WHAT LANGUAGE:

**22. ATTORNEY SIGNATURE**
/s/ Andrew R. Wolf

Effective: 09/01/2006, CN: 10517-English



# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under *Rule* 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

**Track I — 150 days' discovery**
- 151   NAME CHANGE
- 175   FORFEITURE
- 302   TENANCY
- 399   REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502   BOOK ACCOUNT (debt collection matters only)
- 505   OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506   PIP COVERAGE
- 510   UM or UIM CLAIM
- 511   ACTION ON NEGOTIABLE INSTRUMENT
- 512   LEMON LAW
- 801   SUMMARY ACTION
- 802   OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999   OTHER (Briefly describe nature of action)

**Track II — 300 days' discovery**
- 305   CONSTRUCTION
- 509   EMPLOYMENT (other than CEPA or LAD)
- 599   CONTRACT/COMMERCIAL TRANSACTION
- 603   AUTO NEGLIGENCE – PERSONAL INJURY
- 605   PERSONAL INJURY
- 610   AUTO NEGLIGENCE – PROPERTY DAMAGE
- 699   TORT – OTHER

**Track III — 450 days' discovery**
- 005   CIVIL RIGHTS
- 301   CONDEMNATION
- 602   ASSAULT AND BATTERY
- 604   MEDICAL MALPRACTICE
- 606   PRODUCT LIABILITY
- 607   PROFESSIONAL MALPRACTICE
- 608   TOXIC TORT
- 609   DEFAMATION
- 616   WHISTLEBLOWER / CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617   INVERSE CONDEMNATION
- 618   LAW AGAINST DISCRIMINATION (LAD) CASES

**Track IV — Active Case Management by Individual Judge / 450 days' discovery**
- 156   ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303   MT. LAUREL
- 508   COMPLEX COMMERCIAL
- 513   COMPLEX CONSTRUCTION
- 514   INSURANCE FRAUD
- 701   ACTIONS IN LIEU OF PREROGATIVE WRITS

**Mass Tort (Track IV)**
- 240   REDUX/PHEN-FEN (formerly "DIET DRUG")
- 241   TOBACCO
- 248   CIBA GEIGY
- 264   PPA
- 266   HORMONE REPLACEMENT THERAPY (HRT)
- 268   MANUFACTURED GAS PLANT (MGP)
- 271   ACCUTANE
- 272   BEXTRA/CELEBREX
- 601   ASBESTOS
- 619   VIOXX

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category:

☐ Verbal Threshold     ☑ Putative Class Action     ☐ Title 59