# EXHIBIT D

MIDDLESEX VICINAGE CIVIL DIVISION
P O BOX 2633
56 PATERSON STREET
NEW BRUNSWICK    NJ 08903-2633

COURT TELEPHONE NO. (732) 519-3728
COURT HOURS

TRACK ASSIGNMENT NOTICE

DATE:    DECEMBER 30, 2008
RE:      SHAH SHAILA VS AMERICAN EXPRESS COMPANY
DOCKET:  MID L -011027 08

THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 4.

DISCOVERY IS PRESUMPTIVELY 450 DAYS BUT MAY BE ENLARGED OR SHORTENED BY THE JUDGE AND RUNS FROM THE FIRST ANSWER OR 90 DAYS FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE MANAGING JUDGE ASSIGNED IS:   HON JAMES P. HURLEY

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     003
AT:   (732) 519-3745 EXT 3745.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE WITH R.4:5A-2.

ATTENTION:

ATT: ANDREW R. WOLF
GALEX WOLF LLC
1520 ROUTE 130
SUITE 101
NORTH BRUNSWICK   NJ 08902

JUMTHIO

RECEIVED
JAN 0 5 2009
BY:_____