# EXHIBIT F

**GREENBERG TRAURIG, LLP**
Louis Smith
Geoffrey A. North
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
Attorneys for Defendants
Defendants American Express Company,
American Express Bank, FSB,
and American Express Centurion Bank

| | |
|---|---|
| SHAILA SHAH and NORMA ORTIZ-RODRIGUEZ, on behalf of themselves and the putative class,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, FSB and AMERICAN EXPRESS CENTURION BANK,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>MIDDLESEX COUNTY<br><br><br>**NOTICE OF FILING OF<br>NOTICE OF REMOVAL<br>IN UNITED STATES<br>DISTRICT COURT** |

**TO:**

Office of the Clerk, Law Division
Superior Court of New Jersey
Middlesex County
56 Paterson Street
New Brunswick, NJ 08903

Hon. James P. Hurley, J.S.C.
Superior Court of New Jersey
Middlesex County, Law Division
56 Paterson Street
New Brunswick, NJ 08903

Andrew R. Wolf, Esq.
Galex Wolf, LLC
1520 Route 130, Suite 101
North Brunswick, NJ 08902

**PLEASE TAKE NOTICE THAT:**

Defendants American Express Company, American Express Bank, FSB and American Express Centurion Bank (collectively "Defendants"), through their undersigned attorneys,

hereby provides this Notice of Filing of Notice of Removal pursuant to 28 U.S.C. § 1446(d) to provide notice that they have filed a Notice of Removal of the above-captioned case in United States District Court for the District of New Jersey, Newark, New Jersey on February 10, 2009. A true copy of the Notice of Removal filed with the United States District Court is attached hereto as Exhibit A.

DATED: February 10, 2009

                GREENBERG TRAURIG, LLP
                200 Park Avenue, P.O. Box 677
                Florham Park, NJ 07932
                (973) 360-7900 (Telephone)
                (973) 301-8410 (Facsimile)

BY: _____
            LOUIS SMITH
            GEOFFREY A. NORTH
            Attorneys for Defendants