**GREENBERG TRAURIG, LLP**
Louis Smith
Geoffrey A. North
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
(973) 360-7900 (Telephone)
(973) 301-8410 (Facsimile)
Attorneys for Defendants
American Express Company,
American Express Bank, FSB,
and American Express Centurion Bank

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAILA SHAH and NORMA ORTIZ-RODRIGUEZ, on behalf of themselves and the putative class,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, FSB and AMERICAN EXPRESS CENTURION BANK,<br><br>Defendants. | **CERTIFICATE OF SERVICE**<br><br>Document Filed Electronically |

    I, GEOFFREY A. NORTH, certify that on February 10, 2009, copies of the Case Information Statement, Notice of Removal, Notice of Filing of Notice of Removal in United States District Court and Certification of Service in the above-captioned case were served upon the following attorney for Plaintiffs by Federal Express:

                      Andrew R. Wolf, Esq.
                      Galex Wolf, LLC
                1520 Route 130, Suite 101
                North Brunswick, NJ 08902

I certify that these statements are true. I am aware that if any of these statements are willfully false, I am subject to punishment.

Dated: February 10, 2009

GEOFFREY A. NORTH